UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL TRADE COMMISSION,

    Petitioner,

v.                              Case No: 2:17-cv-30-FtM-29CM

LEXIUM INTERNATIONAL LLC and
CELLMARK BIOPHARMA, LLC,

    Respondents.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #22), filed June 1, 2017, recommending that the Petition of the Federal Trade Commission for an Order Enforcing Administrative Investigative Process (Doc. #1) be granted, and defendants be directed to fully comply. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. §

636(b)(1). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #22) is hereby **adopted** and the findings incorporated herein.

2. Petitioner's Petition of the Federal Trade Commission for an Order Enforcing Administrative Investigative Process (Doc. #1) is **GRANTED** and respondents Lexium International LLC and CellMark BioPharma, LLC shall produce the documents and information requested by the civil investigative demands within **TEN (10) DAYS** of this Opinion and Order, or at such later time as maybe be directed by the Federal Trade Commission.

3. The Clerk shall enter judgment in favor of petitioner and against respondents, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___20th___ day of June, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties